In the Matter of the Arbitration between SUN INSURANCE OFFICE OF LONDON, LTD., et al., Appellants, and ROBERT N. DUCAS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of PENINSULA NATIONAL BANK OF CEDARHURST, Judgment-Creditor-Appellant, against CINCOTTI CONSTRUCTION CO., INC., Judgment-Debtor-Defendant, et al., Defendants. JEANETTE E. KAYE, as Receiver of CINCOTTI CONSTRUCTION CO., INC., Appellant; COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 1039.]

UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, v. WILLIAM C. BARTHMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHYLLIS M. HELLER, Appellant, against SAUL I. HELLER et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [183 Misc. 630.]

ANNE WOLITZER, Respondent, v. EMANUEL N. BISSO, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN F. MAURO, Respondent, v. FERNAND S. A. DE GAILLON et al., Defendants, and CANADIAN AMERICAN CO., Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SAMUEL PERLMAN, Respondent, v. YORK GARDEN HOMES, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MICHAEL M. WYNGATE, INC., Appellant, v. CHIEL WEISSMANN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. GRANT, Appellant-Respondent, against RUTH N. GRANT, Respondent-Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.